## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**ANTHONY BRIDGES**                                                                                         **PLAINTIFF**

**V.**                              **CASE NO.: 2:10CV00189 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                                   **DEFENDANT**

## JUDGMENT

The decision of Michael J. Astrue, Commissioner, Social Security Administration, is reversed and remanded for action consistent with the opinion in this case, and judgment is entered in favor of Anthony Bridges.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 4th day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE